UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-00063-PMP-RJJ |
| Plaintiff, | **ORDER** |
| vs. | |
| MELISSA HACK, et al., | |
| Defendants. | |

On August 1, 2012 the Court received the attached letter from Rene L. Valladares, Federal Public Defender for the District of Nevada. The letter relates to the appointment of "learned" counsel to assist in the case of Defendant Melissa Hack. The letter refers to a resume of Kimberly C. Steven, Esq., however, no resume is attached to the letter.

**IT IS ORDERED** that the attached letter shall be filed by the Clerk of Court, and that counsel for Defendant Melissa Hack is hereby directed to follow appropriate motion for appointment of "learned" counsel complete with all necessary attachments.

DATED: August 6, 2012.

_____
PHILIP M. PRO
United States District Judge

**Rene L. Valladares**
Federal Public Defender
District of Nevada

**Lori C. Teicher**
First Assistant

**Law Offices of the Federal Public Defender**
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101

Tel: 702-388-6577
Fax: 702-388-6261

**Michael J. Kennedy**
Chief, Reno Office
**John C. Lambrose**
Chief, Non-Capital Habeas Unit
**Michael Pescetta**
Chief, Capital Habeas Unit
**Shari L. Kaufman**
Assistant Chief, Trial Unit

July 27, 2012

The Honorable Judge Philip M. Pro
United States District Courthouse
Lloyd D. George Building
333 Las Vegas Blvd. So. Ste 7015
Las Vegas NV 89101

Re: *United States vs. Ross Hack et al.*
Case No. 2:12-CR-063-PMP

Dear Judge Pro:

I am writing regarding the appointment of a "learned" counsel to assist in the case of Melissa Hack. Ms. Hack is currently charged in an Indictment dated February 20, 2012 with first degree murder within the territorial jurisdiction of the United States in violation of Title 18 U.S.C. §§ 1111, 7(3) and Title 18 U.S.C. § 2 (aiding and abetting). This Indictment contains special findings referencing the Federal Death Penalty Act as codified in Title 18 U.S.C. § 3591 et. seq. Ms. Hack is currently represented by E. Brent Bryson and Gabriel L. Grasso.

As the Federal Public Defender for the District of Nevada, I respectfully recommend that this Court appoint Kimberly C. Stevens as "learned" counsel pursuant to 18 U.S.C. § 3005. Ms. Stevens' has significant experience in the area of federal death penalty litigation. As described in her attached resume, she has been appointed as learned trial counsel in the Middle District of North Carolina, the Western District of North Carolina, the Western District of Virginia and the District of Puerto Rico. Ms. Stevens has also litigated numerous capital cases at the state level. In addition, Ms. Stevens has lectured nationally on a variety of topics dealing with death penalty litigation.

Prior to making this recommendation I have consulted with Capital Resource Counsel Mark H. Donnatelli, Federal Death Penalty Resource Counsel Project. Mr. Donnatelli agrees that, based on her background and experience, this is an appropriate case in which to order the appointment of Kimberly C. Stevens, Esq. as learned counsel.

Please do not hesitate to contact me if you have any questions or concerns.

Sincerely,

RENE L. VALLADARES
Federal Public Defender

RLV/ba

Law Office of the Federal Public Defender
Rene L. Valladares, Federal Public Defender
411 E. Bonneville Ave Ste 250
Las Vegas, NV 89101

The Honorable Judge Philip M. Pro
United States District Courthouse
Lloyd D. George Building
333 Las Vegas Blvd. So. Ste 7015
Las Vegas NV 89101