UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **O R D E R** |
| ) | |
| vs. ) | 2:12-CR-63-PMP-NJK |
| ) | |
| ROSS HACK, ) | |
| ) | |
| Defendant. ) | |

**IT IS ORDERED** that Defendant Ross Hack's Motion for Joinder [75] in Defendant Melissa Hack's Motion for Expedited Discovery [73] is **GRANTED.**

Dated: January 15, 2013.

PHILIP M. PRO, UNITED STATES DISTRICT JUDGE