UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-CR-00063-PMP-CWH |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| ROSS HACK, MELISSA HACK, | ) | |
| LELAND JONES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On January 25, 2013, counsel for the Parties filed a Joint Status Report (Doc. #84) advising the Court that Plaintiff United States will shortly file a motion for protective order relating to the disclosure of certain Jencks material and other discovery. The Court has separately scheduled a hearing regarding certain discovery matters for Wednesday, March 6, 2013. To assist the Court in maintaining a reasonable schedule in this case,

**IT IS HEREBY ORDERED**, as follows:

1. Plaintiff United States shall file its Proposed Motion for Protective Order not later than **February 4, 2013**.

2. Coterminous with the filing of the Motion for Protective Order, Plaintiff United States shall submit under seal and ex parte to the Court for *in camera* review

the Jencks Act material and other discovery which the Government maintains should

be disclosed to counsel for Defendants subject to the Proposed Protective Order.

DATED this 28th day of January, 2013.

PHILIP M. PRO
United States District Judge