UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:12-CR-63-PMP-CWH |
| MELISSA HACK, | ) | |
| Defendant. | ) | |

# **O R D E R**

**IT IS ORDERED** that Defendant Melissa Hack's Motion for Contact Visitation with her Infant Son [105] is GRANTED and that Defendant Melissa Hack's contact visit with her 16 month old son, Killian, shall be conducted in accord with the time, place and security conditions determined to be necessary by the Office of the United States Marshal and the Warden of the Nevada Southern Detention Center.

Dated: March 18, 2013.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE