# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-00063-PMP-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| LELAND JONES, ROSS HACK and MELISSA HACK, | |
| Defendants. | |

On March 21, 2013, Defendant Leland Jones filed a document titled "Motion to Join as Co-Counsel" (Doc. #109) and a document titled "Demand for Production" (Doc. #110).

Defendant Leland Jones is represented by counsel. As a result, he may not file motions, pro se, without leave of the Court. The Court finds no good cause presented herein and directs that Defendant Leland Jones consult with his counsel regarding any future motions which he thinks should be filed in this case, including the motions described above. For the foregoing reasons, and good cause appearing,

**IT IS ORDERED** Defendant Leland Jones' pro se Motion to Join as Co-Counsel (Doc. #109) and Demand for Production (Doc. #110) are hereby STRICKEN.

Dated: March 25, 2013.

PHILIP M. PRO
United States District Judge