**MOT**
**E. BRENT BRYSON, ESQ**
**State Bar Number 4933**
**2775 S. Rainbow Blvd., Suite 102**
**Las Vegas, Nevada 89146**
**(702) 364-1234**
**GABRIEL L. GRASSO, ESQ.**
**State Bar Number 7358**
**231 South Third Street, Suite 100**
**Las Vegas, Nevada 89101**
**(702) 868-8866**
**KIMBERLY C. STEVENS, ESQ.**
**North Carolina State Bar 20156**
**Learned Counsel**
**4140 Clemmons Road, #283**
**Clemmons, North Carolina 27012**
**(336) 788-3779**
**Attorneys for MELISSA HACK**

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MELISSA HACK,<br><br>　　　　Defendant. | Case No.:　2:12-CR-00063-PMP-NJK<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR CONTACT VISITATION** |

　　　　NOW COMES the Defendant, Melissa Hack, upon her Motion for Contact Visitation with her infant son. GOOD CAUSE APPEARING, and for the reasons set forth in the defendant's Motion for Contact Visitation, the Motion is GRANTED. The Warden at Nevada Southern Detention Center may fashion such security measures as are appropriate to ensure the safety and security of the detention center and to facilitate contact visitation between Melissa Hack and her infant son, Killian. The child may be brought through security by the following members of the defense team, together or separate: E. Brent Bryson, Esq; Gabriel Grasso, Esq; Kimberly C. Stevens, Esq; and

Deborah T. Grey, LCSW. No family member of the defendant Hack other than Killian will be permitted to have contact visitation with Melissa Hack. Melissa Hack will be permitted contact visits with her son one time per month. The defense team shall provide the Nevada Southern Detention Center notice in advance of such contact visitation.

IT IS SO ORDERED.

Dated: April 9, 2013.

_____
Hon. Philip M. Pro
United States District Judge