# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-CR-00063-PMP-CWH |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| LELAND JONES, | ) | |
| Defendant. | ) | |

**IT IS ORDERED** that Defendant Jones' fully briefed Motion for Grand Jury Records (Doc. #117) is **GRANTED** to the limited extent that the Government shall, not later than **May 23, 2013**, produce under seal for the Court's *in camera* review the records of the Special Grand Jury which returned the Indictment in this case on February 28, 2012 to enable the Court to confirm that the requisite number of Grand Jurors present concurred in the return of the Indictment.

**IT IS FURTHER ORDERED** that Defendant Jones' Motion (Doc. #117) is **DENIED** in all other respects.

Dated: May 14, 2013.

PHILIP M. PRO
United States District Judge