**UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA**

**UNITED STATES OF AMERICA,**              )
                                            )
        **Plaintiff,**              )
                                            )       Case No.:    2:12-CR-00063-PMP-NJK
**vs.**                                     )
                                            )       **ORDER GRANTING**
                                            )       **DEFENDANTS' MOTION FOR**
**Ross Hack**                               )       **EXTENSION OF TIME**
**Melissa Hack**                            )
        **Defendants.**            )
_____)

NOW COME the Defendants Ross Hack and Melissa Hack upon their joint Motion For Extension of Time (from June 3, 2013 until June 24, 2013) to submit their Memoranda relative to pre-authorization to counsel for the United States. GOOD CAUSE APPEARING, and for the reasons set forth in the defendants' Motion for Extension of Time, the Motion is GRANTED.

The defendants Ross Hack and Melissa Hack must submit their Memoranda relative to pre-authorization upon counsel for the United States on or before June 24, 2013.

IT IS SO ORDERED.

Dated: May 21, 2013.

_____
Hon. Philip M. Pro
United States District Judge