E. BRENT BRYSON, P.C.
E. Brent Bryson, Esq.
Nevada Bar No. 4933
7730 West Sahara Ave., Suite 109
Las Vegas, Nevada 89117
(702) 364-1234 PHONE
(702) 364-1442 FAX

Gabriel L. Grasso, Esq.
GABRIEL L. GRASSO P.C.
Nevada Bar No. 7358
231 South Third Street, Suite 100
Las Vegas, Nevada 89101
(702) 868-8866 PHONE
(702) 868-5778 FAX

*Attorneys for Defendant Melissa Hack*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00063-GMN-RJJ |
| Plaintiffs, | |
| vs. | **ORDER** |
| MELISSA HACK, | |
| Defendant. | |

This matter having come on for hearing on the 17th of January, 2014 on Defendant Melissa Hack's Motion to Receive Additional Dental Treatment, Defendant appearing by and through her counsel E. Brent Bryson, Esq. of E. Brent Bryson, P.C. and Gabriel L. Grasso, Esq. of Gabriel L. Grasso, P.C. and the United States of America appearing by and through Nicholas D. Dickinson, Esq. Assistant United States Attorney, and the Court having read the moving papers, and having heard oral argument from all counsel, and upon due consideration and for

good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that The U.S. Marshall's Office will make all appointments necessary to resolve Defendant Melissa Hack's dental issues;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the U.S. Marshall's Office will transport Defendant Melissa Hack to all dental appointments until her dental issues are resolved;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant Melissa Hack's family will pay the costs of all dental treatment.

IT IS SO ORDERED.

DATED this 3rd day of February, 2014.

_____
U.S. Magistrate Judge Carl Hoffman

Submitted by:

E. BRENT BRYSON, P.C.

By: _____
E. BRENT BRYSON, ESQ.
Nevada Bar No. 4933
7730 West Sahara Ave., Suite 109
Las Vegas, Nevada 89117