UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROSS HACK, MELISSA HACK, and
LELAND JONES,

    Defendants.

2:12-CR-00063-PMP-CWH

ORDER

Having read and considered Defendant Ross Hack's Motion to Continue the May 6, 2014 Trial for 45-60 Days (Doc. #230), the parties having all agreed that some continuance of the trial is appropriate, and good cause appearing,

IT IS ORDERED that Defendant Ross Hack's Motion to Continue the May 6, 2014 Trial for 45-60 Days (Doc. #230) is hereby GRANTED.

IT IS FURTHER ORDERED that Defendants and counsel for the parties shall appear on Monday, March 17, 2014 at 10:00 a.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101, for a hearing to set a new trial date.

IT IS FURTHER ORDERED that an evidentiary hearing is set for May 13, 2014, at 9:00 AM in LV Courtroom 3C before Magistrate Judge Carl W. Hoffman on Defendant Ross Hack's Motion for the Court to Determine Pre-Trial Whether Federal Jurisdiction Existed in 1998 Over the Geographic Area at Issue in the Counts in the Indictment (Doc. #198).

DATED: March 13, 2014

                                                                  PHILIP M. PRO
                                                                  United States District Judge